JS-6

Patricia Rodriguez, Esq., SBN 270639
739 East Walnut St., Suite 204
Pasadena, CA 91101
Office Phone: (626) 888-5206
Fax: (626) 844-6550

Attorney for Plaintiff
MARINE PETROSYAN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINE PETROSYAN,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.;<br>RECONTRUST COMPANY, N.A.;<br>PRIORITY FUNDING SERVICES, INC.,<br>MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS, INC.; and<br>DOES 1 through 10,<br><br>Defendants | Case No: CV 12-04271-MWF-PJW<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF MARINE PETROSYAN'S VOLUNTARY DISMISSAL OF CASE NUMBER CV 12-04271-MWF-PJW WITHOUGH PREJUDICE<br><br>Judge: Honorable Michael W Fitzgerald<br>Department: 1600 |

This court having received and reviewed Plaintiff, MARINE PETROSYAN's request, does hereby grants her voluntary dismissal of all claims against all Defendants in Case Number CV 12-04271-MWF-PJW WITHOUT PREJUDICE.

IT IS SO ORDERED.

Date: June 8, 2012

*/s/ Michael W. Fitzgerald*
Honorable Michael W. Fitzgerald